YM

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 551**

In the Matter of                                           Case Number:

SHARON SLIGOWSKI, on behalf of plaintiff and a class,

v.

ASSET ACCEPTANCE, LLC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Sharon Sligowski

**JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE VALDEZ**

| | |
|---|---|
| NAME (Type or print)<br>Cathleen M. Combs | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>     s/ | |
| FIRM<br>Edelman, Combs, Latturner & Goodwin LLC | |
| STREET ADDRESS<br>120 South LaSalle Street, 18th Floor | |
| CITY/STATE/ZIP<br>Chicago, IL 60603 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>00472840 | TELEPHONE NUMBER<br>312.739.4200 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ✓    NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐

**FILED**

**JANUARY 25, 2008**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT