# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| SHARON SLIGOWSKI, on behalf of plaintiff and a class,<br>　　　　　Plaintiff,<br>v.<br>ASSET ACCEPTANCE, LLC,<br>　　　　　Defendant. | Case Number: 08 CV 551<br><br>Judge Der-Yeghiayan<br><br>Magistrate Judge Valdez |

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEYS(S) FOR:
ASSET ACCEPTANCE, LLC.

| |
|---|
| SIGNATURE  s/ Jennifer W. Weller |
| FIRM  HINSHAW & CULBERTSON LLP |
| STREET ADDRESS  222 North LaSalle Street, Suite 300 |
| CITY/STATE/ZIP  Chicago, Illinois  60601-1081 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6270826 | TELEPHONE NUMBER<br>(312) 704-3000 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES ☐          NO ☒ ||
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐          NO ☒ ||
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?      YES ☐          NO ☒ ||
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☒ ||
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐ ||