IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHARON SLIGOWSKI, on behalf of plaintiff and a class, | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 08 C 551 |
| v. | ) ) | Judge: Der-Yeghiayan |
| ASSET ACCEPTANCE, LLC, | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:   Daniel A. Edelman, Cathleen M. Combs
      Francis R. Greene, and James O. Latturner
      Edelman, Combs, Latturner & Goodwin, LLC
      120 South LaSalle Street, 18th Floor
      Chicago, Illinois 60603

**PLEASE TAKE NOTICE** that on **February 27, 2008**, at **9:00 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge Samuel Der-Yeghiayan or any Judge sitting in his stead in Courtroom 1903, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present, **MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT,** a copy of which is served upon you.

HINSHAW & CULBERTSON LLP

David M. Schultz
Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
Firm's #90384

s/ *Jennifer W. Weller*
Jennifer W. Weller

6284601v1 885428

## **CERTIFICATE OF SERVICE**

I hereby certify that on **February 18, 2008**, I electronically filed above and foregoing **NOTICE OF MOTION and MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served on all parties of record.

HINSHAW & CULBERTSON LLP

David M. Schultz                                        s/ *Jennifer W. Weller*
Jennifer W. Weller                                       Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
Firm's #90384

2