UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Sharon Sligowski
                Plaintiff,

v.                               Case No.: 1:08−cv−00551
                                  Honorable Samuel Der−Yeghiayan

Asset Acceptance, LLC
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 26, 2008:

      MINUTE entry before Judge Samuel Der−Yeghiayan : Defendant's unopposed motion for extension of time to answer or otherwise plead [13] is granted to and including 03/11/08. Initial status hearing reset to 03/13/08 at 9:00 a.m. Initial status hearing set for 02/27/08 is stricken. Mailed notice(mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.