IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANNA-KATRINA S. CHRISTAKIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 07-C-6464 |
| vs. | ) |
| | ) Judge Pallmeyer |
| ALLIED COLLECTION SERVICES, INC. | ) |
| | ) Magistrate Judge Valdez |
| | ) |
| Defendant. | ) |

## NOTICE OF FILING

TO: Daniel A. Edelman, Cathleen M. Combs
Francis R. Greene, and James O. Latturner
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street, 18th Floor
Chicago, Illinois 60603

PLEASE TAKE NOTICE that on **March 11, 2008,** we caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the Defendant's **ANSWER TO PLAINTIFF'S COMPLAINT - CLASS ACTION MATTERS COMMON TO MULTIPLE CLAIMS**, in connection with the above entitled cause, a copy of which is attached hereto.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

David M. Schultz
Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
jweller@hinshawlaw.com
Firm's #90384

/s/ *Jennifer W. Weller*
Jennifer W. Weller

6293388v1 885428

**CERTIFICATE OF SERVICE**

      I hereby certify that on **March 11, 2008,** I electronically filed the above and foregoing **ANSWER TO PLAINTIFF'S COMPLAINT - CLASS ACTION MATTERS COMMON TO MULTIPLE CLAIMS** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon all parties of record.

                              HINSHAW & CULBERTSON LLP

| | |
|---|---|
| David M. Schultz | /s/ *Jennifer W. Weller* |
| Jennifer W. Weller | Jennifer W. Weller |
| HINSHAW & CULBERTSON LLP | |
| 222 North LaSalle Street, Suite 300 | |
| Chicago, Illinois 60601 | |
| 312/704-3000 | |
| 312/704-3001 – facsimile | |
| dschultz@hinshawlaw.com | |
| jweller@hinshawlaw.com | |
| Firm's #90384 | |

6293388v1 885428