IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHARON SLIGOWSKI, on behalf of plaintiff and a class,<br><br>Plaintiff,<br><br>v.<br><br>ASSET ACCEPTANCE, LLC,<br><br>Defendant. | Case No.: 08 C 551<br><br>Judge: Der-Yeghiayan |

## NOTICE OF FILING

TO:  Daniel A. Edelman, Cathleen M. Combs
 Francis R. Greene, and James O. Latturner
 Edelman, Combs, Latturner & Goodwin, LLC
 120 South LaSalle Street, 18th Floor
 Chicago, Illinois 60603

    PLEASE TAKE NOTICE that on **March 11, 2008,** we caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the Defendant's **ANSWER TO PLAINTIFF'S COMPLAINT - CLASS ACTION MATTERS COMMON TO MULTIPLE CLAIMS**, in connection with the above entitled cause, a copy of which is attached hereto.

                              Respectfully submitted,

                              HINSHAW & CULBERTSON LLP

| | |
|---|---|
| David M. Schultz<br>Jennifer W. Weller<br>HINSHAW & CULBERTSON LLP<br>222 North LaSalle Street, Suite 300<br>Chicago, Illinois 60601<br>312/704-3000<br>312/704-3001 – facsimile<br>dschultz@hinshawlaw.com<br>jweller@hinshawlaw.com<br>Firm's #90384 | /s/ *Jennifer W. Weller*<br>Jennifer W. Weller |

6293388v1 885428

## **CERTIFICATE OF SERVICE**

  I hereby certify that on **March 11, 2008,** I electronically filed the above and foregoing **ANSWER TO PLAINTIFF'S COMPLAINT - CLASS ACTION MATTERS COMMON TO MULTIPLE CLAIMS** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon all parties of record.

                 HINSHAW & CULBERTSON LLP

| | |
|---|---|
| David M. Schultz | /s/ *Jennifer W. Weller* |
| Jennifer W. Weller | Jennifer W. Weller |
| HINSHAW & CULBERTSON LLP | |
| 222 North LaSalle Street, Suite 300 | |
| Chicago, Illinois 60601 | |
| 312/704-3000 | |
| 312/704-3001 – facsimile | |
| dschultz@hinshawlaw.com | |
| jweller@hinshawlaw.com | |
| Firm's #90384 | |