# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 551 | **DATE** | 3/13/2008 |
| **CASE TITLE** | Sharon Sligowski vs. Asset Acceptance, LLC | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 09/17/08 at 9:00 a.m. Rule 26 disclosures are to be served by 03/27/08. Plaintiff's expert disclosure and reports shall be served by 07/14/08. Defendant's expert disclosure and reports shall be served by 08/13/08. All discovery shall be noticed in time to be completed by 09/12/08. Dispositive motions are to be filed by 10/14/08. Responses to the dispositive motions, if any, are to be filed by 10/28/08 and replies, if any, are to be filed by 11/04/08.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|