IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Sharon Sligowski, on behalf of plaintiff and a class, | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 08 C 551 |
| v. | ) ) | Judge Der-Yeghiayan |
| Asset Acceptance, LLC, | ) ) | Magistrate Judge Valdez |
| Defendant. | ) ) | |

## DEFENDANT'S RULE 26(A)(1) DISCLOSURES

Defendant Asset Acceptance, LLC, by and through its attorneys David M. Schultz and Jennifer W. Weller and for its Rule 26(a)(1) disclosures states as follows:

1.    **Individuals likely to have discoverable information that Defendant may use to support its claims and defenses.**

Michael Beach, Vice President of Legal Forwarding, Asset Acceptance, LLC, 28405 Van Dyke Ave., Warren, MI 48093.

Claudine Colston, Manager, Asset Acceptance, LLC, 28405 Van Dyke Ave., Warren, MI 48093.

Deborah Everly, VP Purchasing & Acquisition, Asset Acceptance, LLC, 28405 Van Dyke Ave., Warren, MI 48093.

Any witnesses disclosed by plaintiff.

The witnesses listed above are not inclusive and are based on initial investigation. Defendant reserves the right to supplement its witness disclosures as additional information becomes known.

2.    **Documents the disclosing party may use in support of its claims and defenses**.

Any documents relating to plaintiff's account identified in the complaint.

Any nonprivileged, relevant portions of Defendant's collection notes maintained in the ordinary course of business with respect to plaintiff's account.

6301533v1 885428

Investigation continues.

3.      **Computation of Damages**.

Defendant has no disclosures to make at this time.  Defendant specifically notes, however, that by making no disclosure at this time, Defendant does not waive its right to seek attorney fees and costs from Plaintiff at a later time, if appropriate.

4.      **Insurance Agreement**

Asset Acceptance LLC is insured by ACE Westchester Surplus Lines Insurance Company, Policy No. G21923618004, limits of liability $5,000,000 for each claim, $5,000,000 aggregate limit.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

By: s/ _____

David M. Schultz
Jennifer W. Weller
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000

6301533v1 885428