IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHARON SLIGOWSKI, on behalf of plaintiff and a class, <br><br> Plaintiff, <br><br> v. <br><br> ASSET ACCEPTANCE, LLC, <br><br> Defendant. | Case No.: 08 C 551 <br><br> Judge: Der-Yeghiayan |

## NOTICE OF FILING

TO:  Daniel A. Edelman, Cathleen M. Combs
 Francis R. Greene, and James O. Latturner
 Edelman, Combs, Latturner & Goodwin, LLC
 120 South LaSalle Street, 18th Floor
 Chicago, Illinois 60603

   PLEASE TAKE NOTICE that on **March 27, 2008,** we caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT'S RULE 26(A)(1) DISCLOSURES**, in connection with the above entitled cause, a copy of which is attached hereto.

                    Respectfully submitted,

                    HINSHAW & CULBERTSON LLP

David M. Schultz               /s/ *Jennifer W. Weller*
Jennifer W. Weller             Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
jweller@hinshawlaw.com
Firm's #90384

6301602v1 885428

## CERTIFICATE OF SERVICE

    I hereby certify that on **March 27, 2008,** I electronically filed the above and foregoing **DEFENDANT'S RULE 26(A)(1) DISCLOSURES** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon all parties of record.

                                            HINSHAW & CULBERTSON LLP

| | |
|---|---|
| David M. Schultz<br>Jennifer W. Weller<br>HINSHAW & CULBERTSON LLP<br>222 North LaSalle Street, Suite 300<br>Chicago, Illinois 60601<br>312/704-3000<br>312/704-3001 – facsimile<br>dschultz@hinshawlaw.com<br>jweller@hinshawlaw.com<br>Firm's #90384 | /s/ *Jennifer W. Weller*<br>Jennifer W. Weller |