IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Sharon Sligowski on behalf of herself and a class,      )<br>                                                          )<br>            Plaintiff,                                   )   Case No.: 08 C 551<br>                                                          )<br>v.                                                        )   Judge: Der-Yeghiayan<br>                                                          )<br>Asset Acceptance, LLC,                                    )   Magistrate Judge Valdez<br>                                                          )<br>            Defendant.                                    ) | |

## FEDERAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant, Asset Acceptance, LLC, by and through its attorneys David M. Schultz and Jennifer W. Weller and for its Rule 7.1 Corporate Disclosure Statement states as follows:

1.  Asset Acceptance, LLC is an indirect, wholly-owned subsidiary of Asset Acceptance Capital Corporation, a publicly traded Delaware Corporation.

2.  No publicly-held corporation owns 10% or more of Asset Acceptance Capital Corp.'s stock.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

By: s/Jennifer W. Weller
      Jennifer W. Weller

David M. Schultz
Jennifer W. Weller
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000

6301995v1 885428

**CERTIFICATE OF SERVICE**

      I hereby certify that on **March 28, 2008,** I electronically filed the above and foregoing **FEDERAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon all parties of record.

      HINSHAW & CULBERTSON LLP

      s/ *Jennifer W. Weller*
      Jennifer W. Weller

David M. Schultz
Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
jweller@hinshawlaw.com
Firm's #90384

2

6301995v1 885428