**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SHARON SLIGOWSKI, | ) | |
| on behalf of plaintiff and a class, | ) | |
| | ) | |
| Plaintiffs, | ) | 08 C 551 |
| | ) | |
| vs. | ) | Judge Der-Yeghiayan |
| | ) | |
| ASSET ACCEPTANCE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>NOTICE OF MOTION</u>**

**TO:**     (See attached service list.)

        **PLEASE TAKE NOTICE** that on June 4, 2008 at 9:00 a.m., we will appear
before Honorable Judge Der-Yeghiayan in room 1903 of the United States District Court, for the
Northern District of Illinois, 219 S Dearborn St, Chicago, IL 60604, and present the following:
**PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT.**


                            <u>s/Daniel A. Edelman</u>
                            Daniel A. Edelman


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## <u>CERTIFICATE OF SERVICE</u>

       I, Daniel A. Edelman, hereby certify that on May 27, 2008, I caused to be filed the foregoing document via the CM/ECF System, which sent notification of such filing to the following parties via electronic mail:

David M. Schultz
dschultz@hinshawlaw.com

Jennifer W. Weller
jweller@hinshawlaw.com

                             s/Daniel A. Edelman
                             Daniel A. Edelman