UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Sharon Sligowski

                       Plaintiff,

v.                                              Case No.: 1:08−cv−00551
                                                    Honorable Samuel Der−Yeghiayan

Asset Acceptance, LLC

                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 4, 2008:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan: As stated on the record, Plaintiff Sharon Sligowski's motion for leave to file amended complaint[24] is granted. Defendant is given 20 days to file its responsive pleading. Discovery and dispositive motion schedule previously set is hereby extended as follows: Plaintiff's expert disclosure and reports shall be served by 10/03/08. Defendant's expert disclosure and reports shall be served by 10/17/08. All discovery shall be noticed in time to be completed by 10/31/08. Dispositive motions are to be filed by 12/01/08. Responses to the dispositive motions, if any, are to be filed by 12/15/08 and replies, if any, are to be filed by 12/22/08. Status hearing reset to 11/12/08 at 9:00 a.m. Status hearing set for 09/17/08 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.