# APPENDIX A

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
FIRST MUNICIPAL DISTRICT

**07M1 187741**

| | | |
|---|---|---|
| ASSET ACCEPTANCE LLC | ) | No. |
| | ) | |
| | ) | Amount Claimed: $1670.84 |
| Plaintiff | ) | Plus Interest and court costs. |
| | ) | OCT 1 7 2007 |
| v. | ) | Return Date: |
| | ) | |
| SHARON A STRYCZEK | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## VERIFIED COMPLAINT AT LAW

ASSET ACCEPTANCE LLC, a Delaware Limited Liability Company, doing business in Cook County, Illinois, ("Plaintiff"), by and through counsel, complains of, SHARON A STRYCZEK ("Defendant"), as follows:

1. Pursuant to 735 ILCS 5/2-403, Plaintiff is proceeding in this cause as the Assignee of PROVIDIAN BANK.

2. PROVIDIAN BANK and Defendant entered into a Cardmember Agreement ("Agreement"), wherein PROVIDIAN BANK issued a credit card number 4254480100489086 to Defendant and Defendant agreed to pay all amounts charged by the use of the credit card.

3. Upon information and belief Defendant resides in Cook, County Illinois

4. Thereafter, Defendant incurred charges by use of the credit card.

5. As set forth in the Affidavit of Plaintiff, attached hereto, and there is due and owing from Defendant to Plaintiff the sum of $1670.84, of which no part has been paid, although duly demanded.

WHEREFORE, Plaintiff ASSET ACCEPTANCE LLC, demands a judgment against the Defendant, SHARON A STRYCZEK in the sum of $1670.84 plus interest and court costs.

Respectfully submitted,
ASSET ACCEPTANCE LLC
Plaintiff herein,

Sanjay S. Jutla
Allen Gunn
Staff Attorneys

Sanjay S. Jutla, Esq.
Allen Gunn, Esq.
Attorneys for Plaintiff
55 E. Jackson 16th Floor
Chicago, IL 60604
(800) 465-2608
Attorney No. 41246

26505610

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

| | |
|---|---|
| ASSET ACCEPTANCE LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SHARON A STRYCZEK )<br>855 BRANTWOOD PL )<br>ELK GROVE VILLAGE IL 600073670 )<br>)<br>Defendant. ) | No. |

## AFFIDAVIT OF CLAIM

I, Cheryl L. Wojcicki, being first duly sworn upon my oath depose and state as follows:

That I am the Support Lead of ASSET ACCEPTANCE LLC, a Limited Liability Company organized and existing under the laws of the State of Delaware and doing business at P.O. Box 2036 Warren, MI 48090.

That there is justly due and owing on the account by the Defendant to the Plaintiff the sum of $1670.84 to date.

That the said account originally with PROVIDIAN BANK, account number 4254480100489086, has been purchased by ASSET ACCEPTANCE LLC who now owns said account and has all rights connected therewith including the right to institute this action.

That we have been unable to determine if the Defendants is in the military service of the United States of America. Further, we are unable to determine if the Defendant is entitled to rights and privileges provided under the Servicemembers Civil Relief Act.

FURTHER THE AFFIANT SAYETH NAUGHT.

_____
CHERYL L. WOJCICKI, SUPPORT LEAD

SUBSCRIBED AND SWORN TO
Before me this _____ day of
_____, 2007

_____
NOTARY PUBLIC

OFFICIAL SEAL
TAMARA YOUNG
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 02/21/10

EXHIBIT
A

26505610



**ASSET ACCEPTANCE LLC**
P.O. Box 909886
CHICAGO, IL 60604

| ACCOUNT NUMBER | CURRENT BALANCE |
|---|---|
| 4254480100489086 | $1670.84 |
| STATEMENT DATE | DUE DATE |
| AUG 20 2007 | DUE |
| Payments received will be credited to your account ||

PLEASE WRITE IN AMOUNT OF PAYMENT ENCLOSED   $

SHARON A STRYCZEK
855 BRANTWOOD PL
ELK GROVE VILLAGE IL 600073670

**IMPORTANT:** PLEASE DETACH AND RETURN TOP PORTION OF STATEMENT WITH CHECK OR MONEY ORDER.

IF ADDRESS AS SHOWN ABOVE IS INCORRECT, PLEASE INDICATE CHANGE

| ACCOUNT NUMBER | DATE OF LAST PAYMENT |
|---|---|
| 4254480100489086 | 01/22/99 |

| DATE | REFERENCE NO | ACCOUNT INFORMATION | BALANCE DUE |
|---|---|---|---|
| AUG 20 2007 | 26505610 | BALANCE DUE<br>ASSET ACCEPTANCE LLC, A LIMITED LIABILITY COMPANY ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF DELAWARE, ASSIGNEE OF PROVIDIAN BANK /<br>P.O. Box 909886 CHICAGO, IL 60604 | $1670.84 |

| DATE OF DELINQUENCY | PURCHASED ON | PRINCIPAL AMOUNT | INTEREST RATE |
|---|---|---|---|
| 03/03/99 | 2/27/2006 | $1669.87 | 4.00% |

| SERVICE ADDRESS (IF APPLICABLE) | INTEREST DUE AS OF AUG 20 2007 |
|---|---|
|  | $0.00 |

FOR PROMPT CREDITING OF PAYMENTS, PLEASE SEND CHECK OR MONEY ORDER TO:

ASSET ACCEPTANCE LLC
P.O. Box 909886
CHICAGO, IL 60604

OR CALL ONE OF OUR ACCOUNT REPRESENTATIVES AT:

TOLL FREE 800-455-2554

| DUE DATE | MINIMUM PAYMENT |
|---|---|
| DUE | $1670.84 |

SEND INQUIRIES TO:
ASSET ACCEPTANCE LLC
P.O. Box 909886
CHICAGO, IL 60604

THIS COMMUNICATION IS FROM A DEBT COLLECTOR

**EXHIBIT B**

26505610