IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHARON SLIGOWSKI;<br>ROMAN URBANIAK,<br>ANTHONY ADAMS and<br>ZONDRA DAVIS,<br>individually and on behalf of a class, | )<br>)<br>)<br>)<br>)<br>) | |
| Plaintiffs, | ) | 08 C 551 |
| vs. | )<br>)<br>) | Judge Der-Yeghiayan<br>Magistrate Judge Valdez |
| ASSET ACCEPTANCE, LLC, | )<br>) | |
| Defendant. | ) | |

**PLAINTIFF SLIGOWSKI'S MOTION TO
DISMISS HER CLAIMS WITHOUT PREJUDICE**

Plaintiff Sharon Sligowski respectfully requests that the Court enter an order dismissing her individual claims against Defendant Asset Acceptance, LLC ("Asset") without prejudice and without costs.

In support of this motion, Plaintiff Sligowski states as follows:

1. On January 25, 2008, Sligowski brought this action against Asset.

2. On June 4, 2008, the Court granted Plaintiff's Motion for Leave to File Amended Complaint.

3. On June 5, 2008, Plaintiff filed her Amended Complaint, adding three additional plaintiffs.

4. Sligowski is no longer able to serve as the class representative.

WHEREFORE, Plaintiff Sligowski respectfully requests that this Court enter an order dismissing her claims against Asset without prejudice and without costs.

Respectfully submitted,

s/Francis R. Greene
Francis R. Greene

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com

## CERTIFICATE OF SERVICE

I, Francis R. Greene, hereby certify that on June 5, 2008, I caused to be filed the foregoing document via the CM/ECF System, which sent notification of such filing to the following parties via electronic mail:

David M. Schultz
dschultz@hinshawlaw.com

Jennifer W. Weller
jweller@hinshawlaw.com

s/Francis R. Greene
Francis R. Greene