**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SHARON SLIGOWSKI; ROMAN URBANIAK, ANTHONY ADAMS and ZONDRA DAVIS, individually and on behalf of a class, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 08 C 551 |
| vs. | ) ) | Judge Der-Yeghiayan Magistrate Judge Valdez |
| ASSET ACCEPTANCE, LLC, | ) ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

**TO:**   (See attached service list.)

      **PLEASE TAKE NOTICE** that on June 12, 2008 at 9:00 a.m., we will appear before Honorable Judge Der-Yeghiayan in room 1903 of the United States District Court, for the Northern District of Illinois, 219 S Dearborn St, Chicago, IL 60604, and present the following: **PLAINTIFF SLIGOWSKI'S MOTION TO DISMISS HER CLAIMS WITHOUT PREJUDICE.**

                                                                s/Francis R. Greene
                                                                Francis R. Greene

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

I, Francis R. Greene, hereby certify that on June 5, 2008, I caused to be filed the foregoing document via the CM/ECF System, which sent notification of such filing to the following parties via electronic mail:

David M. Schultz
dschultz@hinshawlaw.com

Jennifer W. Weller
jweller@hinshawlaw.com

                                                                                                                                    s/Francis R. Greene
                                                                                                                                       Francis R. Greene