# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 551 | **DATE** | 6/11/2008 |
| **CASE TITLE** | Urbaniak, et al. Vs. Asset Acceptance | | |

**DOCKET ENTRY TEXT**

Plaintiff Sharon Sligowski's motion to voluntarily dismiss her claims without prejudice and without costs [28] is granted. Plaintiff Sharon Sligowski is hereby dismissed, without prejudice, as a named Plaintiff in the instant action.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|