IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHARON SLIGOWSKI, ROMAN URBANIAK, ANTHONY ADAMS and ZONDRA DAVIS, individually on behalf of plaintiff and a class,<br><br>Plaintiff,<br><br>v.<br><br>ASSET ACCEPTANCE, LLC,<br><br>Defendant. | Case No.: 08 C 551<br><br>Judge: Der-Yeghiayan<br><br>Magistrate Judge Valdez |

## NOTICE OF FILING

TO:  Daniel A. Edelman, Cathleen M. Combs
Francis R. Greene, and James O. Latturner
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street, 18th Floor
Chicago, Illinois 60603

PLEASE TAKE NOTICE that on **June 24, 2008,** we caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the Defendant's **ANSWER TO PLAINTIFF'S AMENDED COMPLAINT - CLASS ACTION MATTERS COMMON TO MULTIPLE CLAIMS**, in connection with the above entitled cause, a copy of which is attached hereto.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

/s/ *Jennifer W. Weller*
Jennifer W. Weller

David M. Schultz
Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
jweller@hinshawlaw.com

6333364v1 885428

**CERTIFICATE OF SERVICE**

 I hereby certify that on **June 24, 2008,** I electronically filed the above and foregoing **ANSWER TO PLAINTIFF'S AMENDED COMPLAINT - CLASS ACTION MATTERS COMMON TO MULTIPLE CLAIMS** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon all parties of record.

                HINSHAW & CULBERTSON LLP

| | |
|---|---|
| David M. Schultz<br>Jennifer W. Weller<br>HINSHAW & CULBERTSON LLP<br>222 North LaSalle Street, Suite 300<br>Chicago, Illinois 60601<br>312/704-3000<br>312/704-3001 – facsimile<br>dschultz@hinshawlaw.com<br>jweller@hinshawlaw.com | /s/ *Jennifer W. Weller*<br>Jennifer W. Weller |