## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Roman A Urbaniak, et al.

                    Plaintiff,

v.     Case No.: 1:08−cv−00551
      Honorable Samuel Der−Yeghiayan

Asset Acceptance, LLC

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 15, 2008:

    MINUTE entry before the Honorable Samuel Der−Yeghiayan: At the parties' request, the Court hereby refers the instant action to the Designated Magistrate Judge to conduct a settlement conference. All dates previously set on 06/04/08 are to stand. Mailed notice(mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.