# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Roman A Urbaniak, et al.

                    Plaintiff,

v.                                            Case No.: 1:08–cv–00551
                                                          Honorable Samuel Der–Yeghiayan

Asset Acceptance, LLC

                    Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Maria Valdez for the purpose of holding proceedings related to: Settlement Conference. (mw, ) Mailed notice.

Dated: August 15, 2008

                                                                              /s/ Samuel Der–Yeghiayan

                                                                              United States District Judge